IN THE UNITED STATES DISTRICT COURT FOR
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | CR. NO. 05-00182-CG |
| **MELVIN RAY EVERETTE,** | * | |
| Defendant. | * | |

**ORDER**

For good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, governing the correction of clerical mistakes contained in an order in a criminal case, the court hereby **AMENDS** <u>nunc pro tunc</u> the judgment for revocation entered on September 20, 2012 (Doc. 43) as follows:

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TWELVE (12) MONTHS and ONE (1) DAY.**

**DONE and ORDERED** this 19th day of November, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE